ACCEPTED
03-15-00447-CV
6959539
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/16/2015 4:13:08 PM
JEFFREY D. KYLE
CLERK

# Law Office of
# Michael S. Truesdale, PLLC

Michael S. Truesdale                                               mike@truesdalelaw.com

*Board Certified • Civil Appellate Law*
*Texas Board of Legal Specialization*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/16/2015 4:13:08 PM
JEFFREY D. KYLE
Clerk

September 16, 2015

Honorable Jeffrey D. Kyle,
Clerk of the Third District Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

RE:     No. 03-15-00447-CV, *Austin Capital Collision, LLC v. Barbara Pampalone*:
        Appellant's Designation of Lead Counsel on Appeal

Dear Mr. Kyle:

Please accept this letter as the designation by Appellant/Cross-Appellee Austin
Capital Collision, LLC, of Michael S. Truesdale as its lead counsel on appeal.

Adam Pugh was trial counsel below, and will remain as additional counsel on this
appeal. Pursuant to Texas Rule of Appellate Procedure 6.1(c), Austin Capital
Collision, LLC designates Michael S. Truesdale as lead counsel for this appeal. His
information is as follows:

> LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
> Michael S. Truesdale
> State Bar No. 00791825
> 801 West Avenue, Suite 201
> Austin, TX 78701
> 512-482-8671
> 866-847-8719 (fax)
> mike@truesdalelaw.com

Respectfully submitted,

/s/ Michael S. Truesdale                          /s/ Adam Pugh
Michael S. Truesdale                              Adam Pugh
SBN 00791825                                      SBN 24044341
Designated Lead Counsel for Austin Collision Center    Counsel for Austin Collision Center

cc:
    Nelia Robbi (nrobbi@mcginnislaw.com)
    Joe E. Lea Jr (jlea@mcginnislaw.com)

801 West Avenue, Suite 201  Austin, Texas 78701
512.482.8671 (ofc) • 866.847.8719 (fax) • www.truesdalelaw.com